IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BURROUGHS,

      Plaintiff,                    No. 2:12-cv-2905 AC P

    vs.

J.V. SINGH, et al.,

      Defendants.        <u>ORDER</u>

                              /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 23, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendant. On May 1, 2013, plaintiff submitted the USM-285 form and copies, but failed to provide an address for California Department of Corrections and Rehabilitation. Plaintiff, instead, gave the address for California Medical Facility on the USM-285 form and summons.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send plaintiff one blank summons and USM-285 form; and

1

2. Within thirty days, plaintiff shall submit to the court the completed summons and USM-285 form required to effect service on defendant California Department of Corrections and Rehabilitation. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 14, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:kly
burr2905.8f

2